# Memorandum

| Subject | Date |
|---|---|
| UNSEALING IN PART 8:25CR235<br><br>U.S. v. GREGORY JEROME BAHATI,<br>a/k/a "Pooh Bear," and "Pooh Bear 2x",<br>MALIK D. BAHATI, II,<br>a/k/a "Man Down," and "MD",<br>JOHNNY L. CHATMON, IV,<br>a/k/a "JD," and "JD Onnat,"<br>DESHAWN P. JACKSON,<br>a/k/a "Gucci" and "Juwop,"<br>JAQUERIS J. ALLEN, a/k/a "Man Man,"<br>MCKEITH M. BINGHAM, a/k/a "Ro,"<br>KEVIN RASHAD PIERCE, a/k/a "KP,"<br>LAMAR D. GLOVER, a/k/a, "Mar Mar,"<br>KAVION WRIGHT, a/k/a "KV,"<br>CAMERON J. WILLIAMS, a/k/a "KC,"<br>DARNELL L. MATTHEWS, a/k/a "Deeski Blow,"<br>NOAH MCINTOSH, a/k/a "BT,"<br>ANTREVION MCNICHOLS, a/k/a "Trey,"<br>VICTOR HENDERSON<br>a/k/a "Whodi", "Wop Don,"<br>CEDRIC GLOVER a/k/a "Ced,"<br>CHRISTOPHER GRUTEL<br>a/k/a "22", "Twenty Two", "Creep," "Gunner,"<br>MARQUEZE M. BINGHAM, a/k/a "Zo,"<br>DONTEL HICKMAN-HARRISON,<br>a/k/a "22/Telly," "Emmet Tweenty Two"<br>DARELL BARFIELD, a/k/a "Lalo," and<br>**REDACTED DEFENDANT (#20)** | August 26, 2026 |
| To | From |
| CLERK, U.S. DISTRICT COURT<br>DISTRICT OF NEBRASKA | Patrick C. McGee and Matt E. Lierman<br>Assistant U.S. Attorneys |

Be advised that the above named Defendants are now in custody. You may now unseal as follows, pursuant to Fed. R. Crim. P. 6(e)(4):

☒ Unseal the criminal case as to all defendants except Defendant #20 who is not in custody and will remain a sealed defendant. The PDF of the superseding indictment should remain sealed.

☐ Unseal the Magistrate Judge case

☐ Unseal the Indictment but the underlying Complaint and Affidavit should remain

**Restricted**

☐ Unseal the Magistrate Judge case and Complaint but the underlying Affidavit should

remain **Restricted**